ber 29, 1992. *Dismissed* by unpublished opinion per Baker, J., concurred in by Pekelis, A.C.J., and Forrest, J.

[No. 28248-4-I. Division One. December 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LEE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07175-4, Carmen Otero, J., entered March 28, 1993. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, A.C.J., and Forrest, J.

[No. 28244-1-I. Division One. December 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-01096-4, Jim Bates, J., entered March 28, 1991. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, A.C.J., and Forrest, J.

[No. 28405-3-I. Division One. December 6, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. KENNETH J. WYATT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07039-1, Mary Wicks Brucker, J., entered April 22, 1991. *Reversed* by unpublished opinion per Grosse, J., concurred in by Forrest and Kennedy, JJ.

[No. 27705-7-I. Division One. December 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS WAYNE RODGERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05342-0, Carmen Otero, J., entered Janu-